**Phillip R. BERGANTINE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69476.**

Missouri Court of Appeals,
Western District.

May 5, 2009.

Frederick J. Ernst, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Dora Fichter, Jefferson City, MO, for respondent.

Before DIV II: LISA WHITE HARDWICK, Presiding Judge, HAROLD L. LOWENSTEIN and VICTOR C. HOWARD, Judges.

### ORDER

PER CURIAM.

Philip Bergantine appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment. Rule 84.16(b).